IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID EDWARD RICKER,<br><br>                *Petitioner,*<br><br>    v.<br><br>L. J. ESTOCK, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, and DISTRICT ATTORNEY OF DAUPHIN COUNTY,<br><br>                *Respondents.* | Civil Action No. 2:23-cv-84<br><br>Hon. William S. Stickman IV<br>Hon. Cynthia Reed Eddy |

## **ORDER OF COURT**

Petitioner David Edward Ricker ("Petitioner") filed a Petition for Writ of Habeas Corpus on January 18, 2023. (ECF No. 1). After a thorough Report and Recommendation was filed by Magistrate Judge Cynthia Reed Eddy recommending the transfer of this matter to the United States District Court for the Middle District of Pennsylvania (ECF No. 3), and having received no objections, the Court hereby ADOPTS Magistrate Judge Eddy's Report and Recommendation as its Opinion. It concurs with her legal analysis and conclusion that venue is improper in the United States District Court for the Western District of Pennsylvania.

AND NOW, this 14th day of February 2023, IT IS HEREBY ORDERED that the Clerk of Court shall TRANSFER this matter to the United States District Court for the Middle District of Pennsylvania forthwith. This case is hereby CLOSED in the United States District Court for the Western District of Pennsylvania.

BY THE COURT:

/s/ William S. Stickman IV
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE